CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0090-RSM |
| Plaintiff, | |
| v. | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| JOSE ANDRADE, | |
| Defendant. | |

THE COURT has considered the unopposed motion requesting an extension of the deadline for pretrial motions and the record in this case. The Court finds that the requested extension is reasonable and necessary and that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the pretrial motions deadline in this case is extended from June 13, 2019, to June 27, 2019.

DONE this 17th day of June, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jose Andrade

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Jose Andrade;* CR19-90RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**