CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-090RSM |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION TO CONTINUE SENTENCING HEARING |
| JOSE ANDRADE, | |
| Defendant. | |

THE COURT has considered Mr. Andrade's motion to continue his sentencing hearing from November 4, 2021, to a date in late February of 2022.

The Court GRANTS the defense motion to continue the sentencing hearing from November 4, 2021, to February 17, 2022, at 10:00 AM.

IT IS SO ORDERED.

DONE this 26th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jose Andrade

ORDER GRANTING DEFENSE MOTION TO CONTINUE SENTENCING HEARING - 1
(*USA v. Jose Andrade;* CR19-090RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100