CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-090-RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL EXHIBIT |
| JOSE ANDRADE, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the Jose Andrade's Motion to Seal Exhibit to Sentencing Memorandum and notes that the request should reflect sealing of Exhibit 3. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DATED this 22nd day of February 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jose Andrade

ORDER TO SEAL EXHIBIT
(*United States v. Andrade*, CR19-090-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100