CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-090-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO RETURN PASSPORT |
| JOSE ANDRADE, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Jose Andrade's unopposed motion to return his passport to his attorney's office, the Federal Public Defender (FPD), so that the FPD may return it to him in Canada. The Court has reviewed the motion and relevant records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Jose Andrade's passport to the FPD for return to Mr. Andrade.

DONE this 18th day of March 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jose Andrade

ORDER TO RETURN PASSPORT - 1
(*United States v. Andrade*, CR19-090-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100